UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN DANIEL MURILLO,<br><br>          Plaintiff,<br><br>   v.<br><br>GREGORY LEWIS, et al.,<br><br>          Defendants._____/ | No. C 14-4082 MEJ (PR)<br><br>**JUDGMENT** |

This action is dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED.

DATED: December 4, 2014

Maria-Elena James
United States Magistrate Judge